**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ENOCH CLARK, III,<br><br>    Defendant. | Case No. 14-CR-20130-02-JAR |

**ORDER TO PRODUCE REDACTED VERSION OF SECOND GROUP OF
MATERIALS PROVIDED TO COURT FOR IN CAMERA INSPECTION**

On May 2, 2016, this Court entered an Order To Produce Materials to Defendant and for Court's Further Inspection (Doc. 173). In that Order, this Court ordered the Government "to immediately provide Defendant Clark with access to the following materials, by allowing his counsel to inspect these materials at the United States Attorney's Office, during business hours: The Bureau of Alcohol, Tobacco, Firearms and Explosives' manual or bulletin entitled "Home Invasion Operations, FY 2013- 1st Edition," and specifically pages iii, the Table of Contents; and pages 11-13, from "Section 4: Current Home Invasion Protocols." In that Order, the Court further ordered "that the Government shall **by May 4, 2016**, produce to this Court for *in camera* inspection three appendices to The Bureau of Alcohol, Tobacco, Firearms and Explosives' manual or bulletin entitled "Home Invasion Operations, FY 2013- 1st Edition," to wit, the appendices entitled "Home Invasion Investigation Considerations," "Home Invasion Technique, Operational Checklist," and "ATF 0 3250.1B, Undercover Operations." On May 2, 2016, the Government complied with that Order, by producing these three appendices to the Court for *in camera* review.

Having reviewed these three appendices, the Court finds that this material should also be immediately provided to Defendant Clark, subject to certain redactions. The Court has made redactions to a copy of the three appendices provided the Court, and will return that redacted copy to the Government, so that the Government can make these redacted appendices immediately available to Defendant Clark for review.

**IT IS THEREFORE ORDERED BY THE COURT** that the Government shall immediately provide Defendant Clark with access to the following materials, *as redacted by the Court*, by allowing his counsel to inspect these redacted materials at the United States Attorney's Office, during business hours: three appendices to The Bureau of Alcohol, Tobacco, Firearms and Explosives' manual or bulletin entitled "Home Invasion Operations, FY 2013- 1st Edition," to wit, the appendices entitled "Home Invasion Investigation Considerations," "Home Invasion Technique, Operational Checklist," and "ATF 0 3250.1B, Undercover Operations."

**IT IS SO ORDERED.**

Dated: May 3, 2016

                                                   S/ Julie A. Robinson
                                                   JULIE A. ROBINSON
                                                   UNITED STATES DISTRICT JUDGE